# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KEVIN PETTYJOHN**                                                                 **PLAINTIFF**

v.                      **CASE NO. 4:19-CV-00451 BSM**

**WEST FRASER, INC. and**
**BID GROUP CONSTRUCTION U.S., INC.**                              **DEFENDANTS**

## ORDER

The joint motion to dismiss plaintiff's claims with prejudice [Doc. No. 15] is granted.

This case is dismissed with prejudice.

IT IS SO ORDERED this 24th day of March 2020.

_____
UNITED STATES DISTRICT JUDGE