IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEVIN PETTYJOHN**                                                         **PLAINTIFF**

v.                       **CASE NO. 4:19-CV-00451 BSM**

**WEST FRASER, INC.** and
**BID GROUP CONSTRUCTION U.S., INC.**                             **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 24th day of March 2020.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE